Henry A. Platsky, Plaintiff-Appellant,
against
Chaim Lazar, Manager - Orenstein Building, Defendant-Respondent.



Plaintiff appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (Debra Rose Samuels, J.), entered May 4, 2017, which granted defendant's motion to dismiss the complaint.




Per Curiam.
Appeal from order (Debra Rose Samuels, J.), entered May 4, 2017, deemed an appeal from an amended order (same court and Judge), entered on or about May 30, 2017, affirmed, without costs.
This small claims action is barred by the doctrine of res judicata, since plaintiff-appellant brought (or could have brought) the claims raised herein in a prior federal action which was dismissed with prejudice (see Fifty CPW Tenants Corp. v Epstein, 16 AD3d 292 [2005]). "The dismissal with prejudice... by the Federal court in the prior action between the parties constituted a final determination on the merits, with res judicata effect not only as to the matters litigated therein, but also as to all relevant issues that could have been but were not litigated therein" (Lane v Birnbaum, 258 AD2d 389 [1999]; see O'Brien v City of Syracuse, 54 NY2d 353, 357 [1981]; Cacho v 11th Ave. Auto Repair, 12 Misc 3d 145[A], 2006 NY Slip Op 51477[U] [App Term, 1st Dept 2006]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 18, 2017